**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jesus Ramon Angulo      JOINT DEBTOR: Rita Maria Serrano      CASE NO.: 18-14610
SS#: xxx-xx-6172                 SS#: xxx-xx-5352

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☒ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,199.33 for months 1 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $3650.00 | Total Paid: | $985.00 | Balance Due: | $2665.00 |
|---|---|---|---|---|---|
| | Payable | $380.72 | /month (Months 1 to 7) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 + $150.00 (Costs) = $3,650.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Carrington Mortgage Service. Llc
   Address: PO Box 3489, Anaheim, CA 92803
   Last 4 Digits of Account No.: 0824

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $15,000.00 | |
   | Regular Payment (Maintain) | $411.16 | /month (Months 1 to 60) |
   | Arrears Payment (Cure) | $100.00 | /month (Months 1 to 7) |
   | Arrears Payment (Cure) | $269.82 | /month (Months 8 to 60) |

   Other:

☒ Real Property  
    ☒ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
☒ Escrow is included in the regular payments  
☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly  

Address of Collateral:  
9917 Okkechobee Rd #3-413, Hialeah Gardens, FL 33016  

☐ Personal Property/Vehicle  
Description of Collateral: _____

---

2. Creditor: Vista del Lago 1 Condominium Association  

Address: 2510 NW 97 Ave #200  
Miami, FL 33172  

Last 4 Digits of Account No.: 3413  

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $7,280.00 | | |
| Regular Payment (Maintain) | $160.00 | /month (Months 1 to 60) |
| Arrears Payment (Cure) | $27.52 | /month (Months 1 to 7) |
| Arrears Payment (Cure) | $133.73 | /month (Months 8 to 60) |

Other: _____

☒ Real Property  
    ☒ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
☐ Escrow is included in the regular payments  
☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly  

Address of Collateral:  
9917 Okkechobee Rd #3-413, Hialeah Gardens, FL 33016  

☐ Personal Property/Vehicle  
Description of Collateral: _____

    B. **VALUATION OF COLLATERAL:** ☒ NONE  

    C. **LIEN AVOIDANCE** ☒ NONE  

    D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.  
        ☒ NONE  

    E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.  
        ☒ NONE  

IV.  **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE  

    B. **INTERNAL REVENUE SERVICE:** ☒ NONE  

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE  

    D. **OTHER:** ☒ NONE  

V.  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  

    A. Pay $104.69 /month (Months 8 to 60)  

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.  

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.  

    C. **SEPARATELY CLASSIFIED:** ☒ NONE  

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

Debtor(s): Jesus Ramon Angulo , Rita Maria Serrano   Case number: 18-14610

| | |
|---|---|
| **VI.** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. |
| | ■ NONE |
| **VII.** | **INCOME TAX RETURNS AND REFUNDS:** ■ NONE |
| **VIII.** | **NON-STANDARD PLAN PROVISIONS** ☐ NONE |
| | ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void. |

If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Jesus Ramon Angulo_  Debtor  04/19/2018  
Jesus Ramon Angulo              Date

_/s/ Rita Maria Serrano_  Joint Debtor  04/19/2018  
Rita Maria Serrano                   Date

_____  _____  
Attorney with permission to sign on   Date  
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**